# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Dennis Roger Van Dyke, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00097-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank D. Whitney, District Judge; | ) | |
| Graham C. Mullen, District Judge; et | ) | |
| al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2016 Order.

May 9, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court